## WESBECKER *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 128, September Term, 1965.]

*Decided June 30, 1966.*

Before the entire Court.

PER CURIAM.

Application for leave to appeal from the denial of post conviction relief is denied on the findings and for the reasons set forth in the memorandum of Judge Childs in the court below.

*Application denied*